# Exhibit B

**Proposed Notice and Consent to Join Form**

## NOTICE OF COLLECTIVE ACTION LAWSUIT

### *Grassie v. Amerimed Emergency Medical Services,* **LLC**
USDC ND OH, Case No. 5:25-cv-02057-JRA

**You are receiving this notice because you are a Potential Plaintiff of the above-referenced collective action lawsuit. A federal district court has approved this Notice. Please read this notice carefully.**

On [insert date], the Court authorized this notice to be sent to all current and former hourly EMT and paramedic field employees of Amerimed Emergency Medical Services, LLC, including temporary employees as applicable, who received night shift differential payments or TIP Profit Share Bonuses beyond their hourly rate of pay, and who worked more than 40 hours during any such workweeks at any time from September 26, 2022, to the present.

You are receiving this notice because Amerimed Emergency Medical Services, LLC, identified you as someone who may fit this definition.

### BASIC INFORMATION

#### 1. Why did I get this notice?

The purpose of this notice is to inform you of the existence of a collective action lawsuit, to advise you how your rights under the Fair Labor Standards Act (FLSA) may be affected by this lawsuit, and to instruct you on the procedure for participating in the lawsuit if you choose to do so.

#### 2. Description of the lawsuit.

A lawsuit has been brought by Named Plaintiff Noah Grassie ("Named Plaintiff") against Defendant Amerimed Emergency Medical Services, LLC ("Defendant") in the United States District Court for the Northern District of Ohio, Eastern Division, Case No. 5:25-cv-02057-JRA. Named Plaintiff filed this lawsuit on behalf of himself and other employees who fit the definition above.

Named Plaintiff alleges that Defendant failed to include non-discretionary compensation, including but not necessarily limited to, night shift differentials and TIP Profit Share Bonuses when calculating Named Plaintiff's regular rate of pay when he worked overtime. Named Plaintiff alleges that Defendant's failure to include this non-discretionary compensation resulted in him and other similarly situated employees not being paid all overtime compensation owed. Named Plaintiff is seeking to recover that alleged unpaid overtime, liquidated damages, attorneys' fees and expenses.

Defendant denies all allegations and states that it has properly paid its employees consistent with the FLSA. The Court has not yet decided whether Named Plaintiff is correct or whether Defendant is correct. The right to any recovery has not been established and is not guaranteed or certain.

1

**3.  Your right to participate in the lawsuit.**

You may join this lawsuit only if you meet the collective definition above. You are not required to join this lawsuit. However, if you wish to join as an opt-in plaintiff, you may do so by completing and signing the attached "Consent to Become a Party Plaintiff" form ("Consent Form") and mailing it in the self-addressed stamped envelope provided or by otherwise sending the Consent Form to the notice administrator, Analytics Consulting LLC.

You can also email the Consent Form in a PDF document to [insert administrator **email**].

This form must be returned postmarked, faxed or emailed by [**45 days from the date of mailing of the notice**]. If your signed Consent Form is not postmarked, faxed or emailed by the [**45 days from the date of mailing of the notice**] deadline, you will not be able to participate in the lawsuit, and you will not be eligible to participate in any recovery that may be obtained by the lawsuit. The Court has the ultimate discretion of deciding whether you are a proper party.

**4.  No retaliation permitted by Defendant.**

If you join this lawsuit, federal law prohibits Defendant from retaliating against you because of your participation.

**5.  Effect of joining the lawsuit.**

If you choose to join this lawsuit, you will be bound by the judgment, whether it is favorable or unfavorable. You will also be bound by, and will share in, any settlement that may be reached on behalf of the class. You give up the right to file a separate action for the claims made in this case.

If you join the lawsuit, you may be required to provide information about your employment with Defendant, answer written questions, produce documents, sit for a deposition, and/or testify in court. Further, if you join the lawsuit and the Court rules in favor of Named Plaintiff, you may be entitled to a money recovery. However, if you join the lawsuit, and the Court rules in favor of Defendant, you will be entitled to no relief.

You will not be required to pay any of your legal fees unless Named Plaintiff obtains a positive result in this action. Named Plaintiff's attorneys are being paid on a contingency fee basis, which means that, if there is a recovery, the attorneys will receive a percentage of any recovery obtained on your behalf or may seek to obtain a Court Order under which they may receive a fee through a separate payment by Defendant.

By joining this lawsuit, you are agreeing to allow Nilges Draher LLC to represent your interest. In addition, you are agreeing that the Named Plaintiff may make decisions on your behalf regarding this lawsuit, including the manner and method of conducting the suit, and whether and under what terms to settle the lawsuit, as the case may be. The decisions and agreements entered into by Named Plaintiff will be binding on you if you join this lawsuit. Further, you will be bound by the judgment of the Court on all issues in this case, including the reasonableness of any settlement.

**6.  Effect of not joining the lawsuit.**

If you choose not to join this lawsuit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable. If you choose not to join in this lawsuit, you retain the right to file your own lawsuit.

**7.  Your legal representation if you join.**

If you choose to join this lawsuit, your interests will be represented by:

**NILGES DRAHER LLC**
Robi J. Baishnab
Hans A. Nilges
7034 Braucher Street NW, Suite B
North Canton, OH 44720
(234) 401-9089
notice@ohlaborlaw.com

**8.  Further information.**

Further information about this Notice, the deadline for filing a Consent Form, or questions concerning this lawsuit may be obtained by writing or calling Named Plaintiff's Counsel at the number and address stated above.

**THIS NOTICE HAS BEEN AUTHORIZED BY UNITED STATES DISTRICT JUDGE JOHN R. ADAMS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THIS LAWSUIT. FURTHERMORE, THE COURT HAS TAKEN NO POSITION REGARDING WHETHER OR NOT YOU SHOULD JOIN THIS ACTION BY SIGNING AND RETURNING THE CONSENT FORM.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

## CONSENT TO BECOME A PARTY PLAINTIFF

### *Grassie v. Amerimed Emergency Medical Services, LLC*
USDC ND OH, Case No. 5:25-cv-02057-JRA

I hereby consent and agree and opt-in to become a plaintiff collective member in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§201, *et seq*. against my current/former employer, Amerimed Emergency Medical Services, LLC.

I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by the Named Plaintiff and my attorneys. I also understand that settlement may be subject to approval by the Court, to which I similarly agree to be bound. I also agree and understand that it is my obligation to provide Named Plaintiff's attorneys with updated contact information should anything change during the pendency of this lawsuit.

### You must complete all fields below

_____      _____
Full Legal Name (print)                                 Signature

_____      _____
Maiden or other names worked under            Street Address

_____      _____
E-mail Address                                    City, State and Zip Code

_____
Telephone Number

### Return this form in the enclosed pre-paid envelope to:

Analytics Consulting LLC
Address
City, ST Zip

**You may also fax it to:** [administrator fax number]

**You may also email it to:** [administrator e-mail address]

**Remember that the Consent Form must be returned within 45 days from the date of this notice, *i.e.* postmarked, faxed, or emailed no later than [\*\*\*Month Date\*\*\*], 2026.**

4