**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **NOAH GRASSIE**, individually and on behalf of all others similarly situated, | ) ) Case No.: 5:25-cv-02057-JRA |
| | ) |
| Plaintiff, | ) Judge John R. Adams |
| | ) |
| vs. | ) **ORDER APPROVING JOINT** |
| | ) **STIPULATION FOR THE** |
| **AMERIMED EMERGENCY MEDICAL** | ) **ISSUANCE OF NOTICE UNDER** |
| **SERVICES, LLC**, | ) **29 U.S.C. § 216(b) TO POTENTIAL** |
| | ) **OPT-IN PLAINTIFFS** |
| Defendant. | ) |

This matter is before the Court on the Parties' Joint Stipulation for FLSA Notice to Potential Opt-In Plaintiffs ("Joint Stipulation") pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Court hereby approves the Parties' Joint Stipulation and Orders:

1.      The Court approves notice to the following Potential Opt-in Plaintiffs pursuant to Section 216(b) of the FLSA:

>      All current and former hourly EMT and paramedic field employees of Defendant, including temporary employees as applicable, who received additional night shift differential payments or TIP Profit Share Bonuses beyond their hourly rate of pay, and who worked more than 40 hours during any such workweeks at any time from September 26, 2022, to the present.

2.      The Notice and Consent attached to the Parties' Joint Motion is approved and shall be distributed to the Potential Opt-in Plaintiffs by a third-party administrator selected by Plaintiffs' Counsel via first-class U.S. Mail and text. *See e.g.*, *Pryke v. First Solar, Inc.*, No. 3:21-CV-00681-JGC, 2021 U.S. Dist. LEXIS 208794, at *7-8 (N.D. Ohio Oct. 29, 2021) (text messages are more likely to reach potential opt-in plaintiffs because email becomes ""saturated and unwieldy" and "[p]eople change their zip codes much more often than they do their area codes."). Plaintiffs'

1

Counsel shall be responsible for and bear all costs associated with mailing the Notice and Consent to all Potential Opt-in Plaintiffs.

3.      Within **21 days** of this Order, Defendant shall provide to Plaintiffs' Counsel the names, last known home mailing addresses, and last known phone numbers for all Potential Opt-in Plaintiffs.

4.      There shall be a **45-day** notice period for opting into this lawsuit, which shall commence on the date that the Notice and Consent are sent. All Consent forms sent to the third-party administrator shall be postmarked, faxed, or emailed within the 45-day notice period as outlined in the Notice.

5.      If any Notice and Consent is returned to the third-party administrator as undeliverable, the third-party administrator and/or Plaintiffs' Counsel shall attempt to obtain an additional mailing address. For such persons, the notice period will be extended **15 days** from the date the first Notice and Consent was mailed.

6.      Plaintiffs' Counsel shall be responsible for and bear all costs associated with publishing the Notice.

**SO ORDERED:**

Date:    1/7/2026                               /s/ John R. Adams
                                                John R. Adams
                                                United States District Court Judge